UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES PULU, CDCR #H-86891,<br><br>                 Plaintiff,<br><br>vs.<br><br>A. COSTA, et al.,<br><br>              Defendants. | Case No.:  23cv1582-JO (BGS)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. § 1915(a) AND DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PREPAY FILING FEES REQUIRED BY 28 U.S.C. § 1914(a)** |

Plaintiff Moses Pulu is a state prisoner incarcerated at the R.J. Donovan Correctional Facility in San Diego, California.  Proceeding *pro se* he filed a civil rights action pursuant to 42 U.S.C. § 1983 (ECF No. 1) and a motion to proceed *in forma pauperis* ("IFP").  (ECF No. 2).  For the reasons set forth below, the Court denies Plaintiff's motion to proceed IFP.

**I. Motion to Proceed IFP**

A party may institute a civil action without prepaying the required filing fee if the Court grants leave to proceed IFP based on indigency.  28 U.S.C. § 1915(a); *Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007).  Plaintiffs who wish to proceed IFP must establish their inability to pay by filing an affidavit regarding their income and assets.  *See Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015).  For prisoners to establish an

1

inability to pay, the Prison Litigation Reform Act requires submission of "a certified copy of the [prisoner's] trust fund account statement (or institutional equivalent) for . . . the 6-month period immediately preceding the filing of the complaint."  28 U.S.C. § 1915(a)(2); *Andrews v. King*, 398 F.3d 1113, 1119 (9th Cir. 2005).

Plaintiff's submissions fail to establish that he is unable to pay the filing fee in this case.  The copy of his inmate trust account in support of his IFP Motion indicates he had $10,497.70 on account at the time of filing this action and an average monthly balance in the account of $10,461.77 during the 6-month period immediately preceding the filing of his Complaint.  (ECF No. 3 at 1–3).  Because Plaintiff has failed to demonstrate an inability to pay the $402 civil filing fee in this action, Plaintiff's Motion to Proceed IFP is **DENIED** and this action is **DISMISSED** without prejudice for failure to prepay the filing fee as required by 28 U.S.C. § 1914(a).  Plaintiff is **GRANTED** forty-five (45) days leave from the date this Order is filed to prepay the entire $402 civil filing and administrative fee in full.

**IT IS SO ORDERED.**

Dated: September 28, 2023

_____
Hon. Jinsook Ohta
United States District Judge

23cv1582-JO (BGS)